# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 28 MM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARCUS LEONARD WALLACE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of April, 2020, the Application to Exceed Word Count Limit is DENIED. Petitioner is DIRECTED to file a compliant Petition for Allowance of Appeal within 30 days of this order, subject to any filing extensions conferred due to the COVID-19 pandemic. *See* 533 Judicial Administration Docket.